UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 26, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> QUINTILIAN HUYNH, ) <br> ) <br> Defendant. ) | Case No. CR. S-08-0342 MCE <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release QUINTILIAN HUYNH, Case No. CR. S-08-0342 MCE, Charge Title 21 USC §§ 846; 841(a)(1); 846, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ 200,000 to be secured in part by mother's home, remainder unsecured co-signer

_X_  Unsecured Appearance Bond by mother.

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

_X_  (Other) Pretrial Services Supervision of conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 26, 2008 at 2:58 pm.

By _____
Dale A. Drozd
United States Magistrate Judge