```
 1  PETER KMETO
    Attorney at Law
 2  State Bar No. 78827
    1007 Seventh Street, Suite 100
 3  Sacramento, CA 95814
    (916) 444-7420; FAX: (916) 441-6714
 4
    Attorney for: QUINTILIAN HUYNH
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-342 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING JUDGEMENT |
| | ) | AND SENTENCING |
| QUINTILIAN HUYNH et al. | ) | |
| Defendant. | ) | |

Defendant: QUINTILIAN HUYNH , through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JILL M. THOMAS, stipulate and agree to the following:

1. The presently scheduled date of July 28, 2011 for JUDGEMENT AND SENTENCING shall be vacated as to defendant, QUINTILIAN HUYNH , only, and said Hearing be rescheduled for August 25, 2011 at 9:00 a.m..

2. In view of the recommendation of the Pre-sentence Report, both parties wish to gather and discuss additional information concerning possible modification of the previously stipulated sentence. This may involve agreement to the applicability of a "Safety Valve" reduction.

/// ///

- 1 -

1    IT IS SO STIPULATED.

2   Dated:  July 25, 2011                    /s/ JILL M. THOMAS
3                                            Assistant U.S. Attorney
                                             for the Government
4

5
    Dated:  July 25, 2011                    /s/  PETER KMETO
6                                            Attorney for Defendant
7                                            QUINTILIAN HUYNH

8

9                                   ORDER
10
        UPON GOOD CAUSE SHOWN and the stipulation of the two parties,
11
    it is ordered that the hearing for JUDGMENT AND SENTENCING as to Defendant,
12
    QUINTILIAN HUYNH , only, be continued to August 25, 2011 as set forth above.
13

14   Dated: July 28, 2011

15

16                                           _____
17                                           MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE
18