```
 1  PETER KMETO
    Attorney at Law
 2  State Bar No. 78827
    1007 Seventh Street, Suite 100
 3  Sacramento, CA 95814
    (916) 444-7420; FAX: (916) 441-6714
 4
    Attorney for: QUINTILIAN HUYNH
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-342 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING JUDGEMENT |
| ) | AND SENTENCING |
| QUINTILIAN HUYNH et al. ) | |
| ) | |
| Defendant. ) | |

Defendant: QUINTILIAN HUYNH , through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JILL M. THOMAS, stipulate and agree to the following:

1. The presently scheduled date of September 29, 2011 for JUDGEMENT AND SENTENCING shall be vacated as to defendant, QUINTILIAN HUYNH , only, and said Hearing be rescheduled for October 13, 2011 at 9:00 a.m..

2. In view of the recommendation of the Pre-sentence Report and agreement as to the applicability of a "Safety Valve" reduction, both parties wish to calendar the matter for withdrawal of plea and, thereafter, entry of plea to a new stipulated sentence.

/// ///

- 1 -

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: September 27, 2011 | /s/ JILL M. THOMAS |
| 3 | | Assistant U.S. Attorney |
| 4 | | for the Government |
| 5 | | |
| 6 | Dated: September 27, 2011 | /s/ PETER KMETO |
| 7 | | Attorney for Defendant QUINTILIAN HUYNH |

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, it is ordered that the hearing for JUDGMENT AND SENTENCING as to Defendant, QUINTILIAN HUYNH , only, be continued to October 13, 2011 as set forth above.

IT IS SO ORDERED.

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE