HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
QUINTILIAN HUYNH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUINTILIAN HUYNH,<br><br>Defendant. | No. Cr. S 08-342 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, Jr. |

Defendant, QUINTILIAN HUYNH, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On December 1, 2011, this Court sentenced Mr. Huynh to a term of 70 months imprisonment;

3. His total offense level was 27, his criminal history category was I, and the resulting guideline range was 70 to 87 months;

4. The sentencing range applicable to Mr. Huynh was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Huynh's total offense level has been reduced from 27 to 25, and his amended guideline range is 57 to 71 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Huynh term of imprisonment to a total term of 57 months.

Respectfully submitted,

Dated: May 15, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: May 15, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
QUINTILIAN HUYNH

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Huynh is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 57 to 71 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2011 is reduced to a term of 57 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Huynh shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT