# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:08-cr-00342-09 |
| QUINTILIAN HUYNH ) | |
| AKA ) | |
| QUINCY ) | USM No: 17954-097 |
| Date of Original Judgment: 12/1/2011 ) | |
| Date of Previous Amended Judgment: ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 70 months **is reduced to** 57 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/1/2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6/4/2015

*Judge's signature*

Effective Date: 11/1/2015
MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE

*(if different from order date)*    *Printed name and title*